B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Aunspaugh, Susan Denise** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3596** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**607 N Galena AVE APT #E**<br>**Dixon, IL**<br><br>ZIP Code **61021** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** Conrad Knuth 01495291 ***
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Aunspaugh, Susan Denise** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Conrad Knuth                     August 22, 2009**<br>Signature of Attorney for Debtor(s)               (Date)<br>**Conrad Knuth** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Aunspaugh, Susan Denise**

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Susan Denise Aunspaugh**
Signature of Debtor **Susan Denise Aunspaugh**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August 22, 2009**
Date

### Signature of Attorney*

X **/s/ Conrad Knuth**
Signature of Attorney for Debtor(s)

**Conrad Knuth 01495291**
Printed Name of Attorney for Debtor(s)

**Conrad Knuth**
Firm Name

**P.O. Box 406**
**Ohio, IL 61349-0406**

_____
Address

**(815) 376 4082**
Telephone Number

**August 22, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Susan Denise Aunspaugh** _____    Case No. _____
                                        Debtor(s)                        Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Susan Denise Aunspaugh**
**Susan Denise Aunspaugh**

Date:   **August 22, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Susan Denise Aunspaugh**                 ,    Case No. _____

Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 7,578.13 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 300.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | 174,533.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,727.65 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,485.00 |
| Total Number of Sheets of ALL Schedules | | 38 | | | |
| | | Total Assets | 7,578.13 | | |
| | | | Total Liabilities | 174,833.28 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Susan Denise Aunspaugh**                   ,    Case No. _____

Debtor        Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 300.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 300.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,727.65 |
| Average Expenses (from Schedule J, Line 18) | 1,485.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,448.03 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 300.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 174,533.28 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 174,533.28 |

B6A (Official Form 6A) (12/07)

In re    **Susan Denise Aunspaugh**                                        ,        Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

__0__  continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Susan Denise Aunspaugh**                                              Case No. _____
                                                            ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **debtor's personal checking account no. #.........1778 located in Amcore Bank NA consisting of unemployment compensation benefits** | - | 513.80 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **one month rent security deposit held by Dixon Dell APTS; 607 N Galena AVE, Dixon IL 61021** | - | 415.00 |
| | | **utilities** | - | 100.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **household goods and furnishings, appliances, and electronics, kitchenware, housewares, utensils, china, and linens, TV, broken TV, 2 old stereos, 2 p.c.'s; DVD/VCR, microwave, and coffee maker & P.C.** | - | 600.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **school books & religious books** | - | 5.00 |
| | | **story books** | - | 5.00 |
| 6.  Wearing apparel. | | **clothing, outerwear, shoes, boots, and other wearing apparel** | - | 100.00 |
| 7.  Furs and jewelry. | | **costume jewelry & gold ring** | - | 100.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **digital camera** | - | 10.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

|  | | |
|---|---|---|
| Sub-Total > | | **1,848.80** |
| (Total of this page) | | |

   **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re   **Susan Denise Aunspaugh**                                           ,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **debtor's Borg Warner Retirement plan c/o T Rowe Price** | **-** | **3,224.33** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **debtor has claim against present employer for permanent injury at work** | **-** | **not available** |

Sub-Total >   **3,224.33**
(Total of this page)

Sheet __**1**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Susan Denise Aunspaugh** _____,        Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **valid Illinois driver's license** | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Hyundai Tiburon 2 door coupe work car displaying 116,000 mi. with little dents and unrepaire major damage from an uninsured accident of approximately $2,500.00** | - | 2,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **tool box** | - | 5.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >  | 2,505.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 7,578.13 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Susan Denise Aunspaugh**                                          ,    Case No. _____

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                      $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| debtor's personal checking account no. #.........1778 located in Amcore Bank NA consisting of unemployment compensation benefits | **820 ILCS 405/1300** | **513.80** | **513.80** |
| **Household Goods and Furnishings** | | | |
| household goods and furnishings, appliances, and electronics, kitchenware, housewares, utensils, china, and linens, TV, broken TV, 2 old stereos, 2 p.c.'s; DVD/VCR, microwave, and coffee maker & P.C. | **735 ILCS 5/12-1001(b)** | **600.00** | **600.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| school books & religious books | **735 ILCS 5/12-1001(a)** | **5.00** | **5.00** |
| story books | **735 ILCS 5/12-1001(a)** | **5.00** | **5.00** |
| **Wearing Apparel** | | | |
| clothing, outerwear, shoes, boots, and other wearing apparel | **735 ILCS 5/12-1001(a)** | **100.00** | **100.00** |
| **Furs and Jewelry** | | | |
| costume jewelry & gold ring | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| digital camera | **735 ILCS 5/12-1001(b)** | **10.00** | **10.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| debtor's Borg Warner Retirement plan c/o T Rowe Price | **735 ILCS 5/12-1006** **29 U.S.C.A. § 1056(d)** | **3,224.33** **0.00** | **3,224.33** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2001 Hyundai Tiburon 2 door coupe work car displaying 116,000 mi. with little dents and unrepaire major damage from an uninsured accident of approximately $2,500.00 | **735 ILCS 5/12-1001(c)** **735 ILCS 5/12-1001(b)** | **2,400.00** **100.00** | **2,500.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| tool box | **735 ILCS 5/12-1001(b)** | **5.00** | **5.00** |

|  | Total: | **7,063.13** | **7,063.13** |
|---|---|---|---|

__0__    continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Susan Denise Aunspaugh** _____,   Case No. _____
                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. |  |  |  |  |  |  |  |  |
|  |  |  | Value $ |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |  |
|  |  |  | Value $ |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |  |
|  |  |  | Value $ |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |  |
|  |  |  | Value $ |  |  |  |  |  |
| __0__ continuation sheets attached |  |  | Subtotal (Total of this page) |  |  |  |  |  |
|  |  |  | Total (Report on Summary of Schedules) |  |  |  | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Susan Denise Aunspaugh**                                    ,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re   **Susan Denise Aunspaugh**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **96-04090** | | | | July 2007 | | | | | |
| **Revon Aunspaugh** **1312 Orlando RD** **Austin, TX 78733** | - | | | debtor and her ex-husband have a voluntary agreement for debtor to pay voluntary support not to exceed $300.00/mo when custody was changed from debtor to ex-husband when available | | | | 300.00 | 0.00 / 300.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 / 300.00 | 300.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 / 300.00 | 300.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Susan Denise Aunspaugh**                                                                     Case No. _____

‎                                                                                                ,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0632445483<br><br>**ABN AMRO Mortgage**<br>**7159 Corklan DR**<br>**Jacksonville, FL 32258-4455** | - | | **2/03**<br>**mortgage balance at time of sale of debtor's home having a value of $86,300.00** | | | | **66,865.08** |
| Account No.<br><br>Representing:<br>**ABN AMRO Mortgage** | | | **Gray & End, LLP**<br>**600 N Broadway STE 300**<br>**Milwaukee, WI 53202** | | | | |
| Account No.<br><br>Representing:<br>**ABN AMRO Mortgage** | | | **Kewaunee Circuit Court Clerk**<br>**Case No. 05 CV 110**<br>**613 Dodge ST**<br>**Kewaunee, WI 54216-1398** | | | | |
| Account No.<br><br>Representing:<br>**ABN AMRO Mortgage** | | | **Riley, Michael M.**<br>**600 N Broadway STE #300**<br>**Milwaukee, WI 53202** | | | | |

__25__  continuation sheets attached

Subtotal
(Total of this page)

**66,865.08**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                S/N:26784-090811    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Susan Denise Aunspaugh**                                                              ,       Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. ....0145<br><br>**AFNI**<br>**404 Brock DR**<br>**P. O. Box 3427**<br>**Bloomington, IL 61702-3427** | - | | | | **thru 3/06**<br>**professional debt collector assignee of**<br>**Charter Communicatoins** | | | | 149.00 |
| Account No. ....6770<br><br>**Allied Interstate Inc**<br>**3000 Corporate Exchange DR 5th FL**<br>**Columbus, OH 43231** | - | | | | **assigned 7/09**<br>**Agent for SBC Wisconsin** | | | | 501.00 |
| Account No. 7413991-591<br><br>**Americollect INC**<br>**c/o PigglyWiggly 7413991-591**<br>**Pob 1566**<br>**Manitowoc, WI 54221-1566** | - | | | | **8/29/05**<br>**nsf check & bank charges** | | | | 108.24 |
| Account No. 2W1700087700000040863221<br><br>**AT&T Broadband**<br>**P. O. Box 580**<br>**Rock Falls, IL 61071-0580** | - | | | | **4/1/05**<br>**car phone assigned to LDG Financial Services**<br>**LLC** | | | | 43.47 |
| Account No.<br><br>Representing:<br>**AT&T Broadband** | | | | | **AT&T Wireless**<br>**1355 W University DR**<br>**Mesa, AZ 85201-5400** | | | | |

Sheet no. __1__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

801.71

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Susan Denise Aunspaugh**                                                        Case No. _____
                                                                          ,
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. Representing: **AT&T Broadband** | | | | | **LDG Financial Services LLC 2W1700087700000040863221 4553 Winters Chapel RD Atlanta, GA 30360** | | | | |
| Account No. Representing: **AT&T Broadband** | | | | | **Palisades Collection PO Box 1244 Englewood Cliffs, NJ 07632** | | | | |
| Account No. Representing: **AT&T Broadband** | | | | | **Palisades Collection ATTN:  Bankruptcy DEPT P. O. Box 120018 Kennesaw, GA 30156** | | | | |
| Account No. ...**2085** **Bank of America P. O. Box 1597 Norfolk, VA 23501** | - | | | | **since 12/02 revolving credit agreement** | | | | **9,376.00** |
| Account No. Representing: **Bank of America** | | | | | **Bank of America ATTN:  Bankruptcy NC4-105-02-77 PO Box 26012 Greensboro, NC 27410** | | | | |

Sheet no. __**2**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,376.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Susan Denise Aunspaugh**                                          ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **101374594**<br><br>**Bennett & Deloney PC**<br>**1265 E Fort Union BLVD STE 150**<br>**Midvale, UT 84047-1808** | - | | **3/28/05**<br>**personal check #1584 dishonored by the bank drawn to the order of Indian Gaming Services** | | | | 300.00 |
| Account No.<br><br>Representing:<br>**Bennett & Deloney PC** | | | **Bennett & Deloney PC**<br>**PO Box 190**<br>**Midvale, UT 84047-0190** | | | | |
| Account No.<br><br>Representing:<br>**Bennett & Deloney PC** | | | **FedChex Recovery**<br>**PO Box 18978**<br>**Irvine, CA 92623** | | | | |
| Account No.<br><br>**Benz, Susan**<br>**E6248 Washington RD**<br>**Algoma, WI 54201** | - | | **past due**<br>**family friend short term IOU plus carrying charges** | | | | 325.00 |
| Account No. **42767935**<br><br>**Best Buy CO., INC**<br>**P. O. Box 17298**<br>**Baltimore, MD 21297** | - | | **8/9/05**<br>**bank charges for NSF check assigned to Certigy Payment and Recovery SERV** | | | | 25.00 |

Sheet no. __3___ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          650.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Susan Denise Aunspaugh**                                              ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Representing:** <br> **Best Buy CO., INC** | | | | **Certigy** <br> **Pob 30031** <br> **Tampa, FL 33630-3031** | | | | |
| Account No. <br><br> **Representing:** <br> **Best Buy CO., INC** | | | | **Certigy Payment Recovery SERV INC** <br> **11601 Roosevelt BLVD** <br> **Saint Petersburg, FL 33716** | | | | |
| Account No. **FA0610000812810** <br><br> **CACH, LLC c/o Scott Lowery PC** <br> **Cherry Creek Corporate CTR STE 700** <br> **4500 Cherry Creek DR S** <br> **Denver, CO 80246** | - | | | recent <br> claim of Cach LLC / MBNA | | | | **9,376.26** |
| Account No. <br><br> **Representing:** <br> **CACH, LLC c/o Scott Lowery PC** | | | | **Arthur B. Adler & ASSOC LTD** <br> **25 E Washington ST STE 500** <br> **Chicago, IL 60602-1702** | | | | |
| Account No. **4325-1592-0488-2553** <br><br> **Capital Recovery Service LLC** <br> **P. O. Box 8700** <br> **Jacksonville, FL 32239-0700** | - | | | 10/5/05 <br> revolving credit purchases on First USA card | | | | **6,026.33** |

Sheet no. __4__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,402.59**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Susan Denise Aunspaugh**
                                                                        ,                Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Representing: Capital Recovery Service LLC** | | | First USA Bank P. O. Box 8650 Wilmington, DE 19889 | | | | |
| Account No. **....0488** Chase P. O. Box 15298 Wilmington, DE 19850-5298 | - | | thru 10/17/06 revolving credit purchases | | | | 6,026.00 |
| Account No. **Representing: Chase** | | | Chase NA ATTN:  Bankruptcy DEPT PO Box 100018 Kennesaw, GA 30156 | | | | |
| Account No. **5183-3700-5918-0666** Chase Manhattan Bank P. O. Box 15823 Wilmington, DE 19850-5823 | - | | 2/14/05 Credit card purchases assigned to Law office of Lawrence R. Boivin assigned to Resurgence Financial LLC | | | | 11,420.81 |
| Account No. **Representing: Chase Manhattan Bank** | | | Boivin, law office of Lawrence R 25602 Alicia Parkway #126 Laguna Hills, CA 92653 | | | | |

Sheet no. __**5**___ of __**25**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **17,446.81**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Susan Denise Aunspaugh**                                              ,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Representing:** <br> **Chase Manhattan Bank** | | | **Chase NA** <br> **ATTN: Bankruptcy DEPT** <br> **P. O. Box 100018** <br> **Kennesaw, GA 30156** | | | | |
| Account No. <br><br> **Representing:** <br> **Chase Manhattan Bank** | | | **Resurgence Financial LLC** <br> **4100 Commercial AVE** <br> **Northbrook, IL 60062** | | | | |
| Account No. **566361003** <br><br> **Check Recovery Services INC** <br> **c/o Festival Foods 566361003** <br> **Pob 661068** <br> **Amf Ohare, IL 60666-1068** | - | | **4/1/05** <br> **professional debt collector for bank charges for nsf check** | | | | **30.00** |
| Account No. <br><br> **Representing:** <br> **Check Recovery Services INC** | | | **Check Recovery Services INC** <br> **Pob 66178** <br> **Amf Ohare, IL 60666-0178** | | | | |
| Account No. **5120-6800-4034-7364** <br><br> **Citibank** <br> **Pob 91778** <br> **Albuquerque, NM 87199-1778** | - | | **past due** <br> **Credit card purchases** | | | | **1,701.59** |

Sheet no. __6__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,731.59**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Susan Denise Aunspaugh**                                    ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Representing:**<br>**Citibank** | | | | | **Associated Recovery Systems**<br>**P. O. Box 469046**<br>**Escondido, CA 92046-9046** | | | | |
| Account No. <br><br>**Representing:**<br>**Citibank** | | | | | **Citibank**<br>**Box 6000**<br>**The Lakes, NV 88901-6000** | | | | |
| Account No. <br><br>**Representing:**<br>**Citibank** | | | | | **Client Services INC**<br>**3451 Harry S. Truman BLVD**<br>**Saint Charles, MO 63301-4047** | | | | |
| Account No. <br><br>**Representing:**<br>**Citibank** | | | | | **NCO Financial**<br>**Account CE 3600**<br>**507 Prudential RD**<br>**Horsham, PA 19044** | | | | |
| Account No. <br><br>**Representing:**<br>**Citibank** | | | | | **Risk Management Alternatives INC**<br>**11214 Renner RD**<br>**Lenexa, KS 66219** | | | | |

Sheet no. __7__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Susan Denise Aunspaugh**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br>**Representing:**<br>**Citibank** | | | | **RMA**<br>**Pob 105062**<br>**Atlanta, GA 30348-5062** | | | | |
| Account No. **229921**<br>**Copps Food Center**<br>**PO Box 1602**<br>**Milwaukee, WI 53201-1602** | | - | | **12/28/05**<br>**personal check dishonored by the bank** | | | | **70.39** |
| Account No. **05023990983**<br>**Credit Collection Services**<br>**P. O. Box 9134**<br>**Needham Heights, MA 02494-9134** | | - | | **thru 4/1/06**<br>**mail order merchandise** | | | | **50.00** |
| Account No. **13558039**<br>**Credit Management SERV-3840**<br>**Pob 931**<br>**Brookfield, WI 53008** | | - | | **past due**<br>**bank charges assigned to collection** | | | | **202.53** |
| Account No.<br>**Representing:**<br>**Credit Management SERV-3840** | | | | **Credit Management INC**<br>**9525 Sweet Valley DR**<br>**Cleveland, OH 44125** | | | | |

Sheet no. __8__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **322.92**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Susan Denise Aunspaugh**                                    ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Representing:**<br>**Credit Management SERV-3840** | | | | | **M&I Marshall and Ilsley Bank**<br>**770 N Water ST**<br>**Milwaukee, WI 53202** | | | | |
| Account No.<br><br>**Representing:**<br>**Credit Management SERV-3840** | | | | | **Transworld Systems**<br>**5880 Commerce BLVD**<br>**Rohnert Park, CA 94928-1651** | | | | |
| Account No. 01128076089<br><br>**Credit Protection ASSN LP**<br>**c/o Charter Communications**<br>**13355 Noel RD 21st FL**<br>**Dallas, TX 75240-6602** | - | | | | **4/28/05**<br>**professional debt collector for Charter Communications** | | | | **149.85** |
| Account No.<br><br>**Representing:**<br>**Credit Protection ASSN LP** | | | | | **AFNI**<br>**011710145-02**<br>**P. O. Box 3427**<br>**Bloomington, IL 61702-3427** | | | | |
| Account No.<br><br>**Representing:**<br>**Credit Protection ASSN LP** | | | | | **Credit Protection ASSOC**<br>**Account #01128076089**<br>**Pob 9037**<br>**Addison, TX 75001-9037** | | | | |

Sheet no. __**9**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **149.85**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Susan Denise Aunspaugh**                                      ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. ....5436<br><br>**Festival Foods-GreenBay**<br>**2250 W Mason ST**<br>**Green Bay, WI 54303** | - | | **3/05**<br>**personal check dishonored by the bank and assigned to AAA Collectors Inc for collection** | | | | 40.00 |
| Account No.<br><br>**Representing:**<br>**Festival Foods-GreenBay** | | | **AAA Collectors Inc.**<br>**2950 N Academy BLVD STE 101**<br>**Colorado Springs, CO 80917** | | | | |
| Account No. ...6100<br><br>**Festival Foods-GreenBay**<br>**2250 W Mason ST**<br>**Green Bay, WI 54303** | - | | **3/05**<br>**personal check dishonored by the bank and assigned to Global Payments** | | | | 41.00 |
| Account No.<br><br>**Representing:**<br>**Festival Foods-GreenBay** | | | **Global Payments**<br>**ATTN:  Bankruptcy**<br>**PO Box 661158**<br>**Chicago, IL 60666** | | | | |
| Account No. **897997**<br><br>**GE Money Card**<br>**P. O. Box 981064**<br>**El Paso, TX 79998-1064** | | | **4/5/05**<br>**past due consumer debts assigned to NCC Business Services INC for collection** | | | | 624.57 |

Sheet no. __10__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

705.57

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

8/22/09  1:29PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Susan Denise Aunspaugh**                                    ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Representing: GE Money Card** | | | | | **GE Capital** **P. O. Box 103101** **Roswell, GA 30076** | | | | |
| Account No. **Representing: GE Money Card** | | | | | **GE Money** **PO Box 9769** **Macon, GA 31297-9769** | | | | |
| Account No. **Representing: GE Money Card** | | | | | **NCC Business Services INC** **c/o GE Money Bank** **3733 University BLVD STE 300** **Jacksonville, FL 32217** | | | | |
| Account No. **Representing: GE Money Card** | | | | | **NCO Financial** **Account 7I6881** **507 Prudential RD** **Horsham, PA 19044** | | | | |
| Account No. **Representing: GE Money Card** | | | | | **Sam's Club** **P. O. Box 981064** **El Paso, TX 79998-1064** | | | | |

Sheet no. __11__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Susan Denise Aunspaugh** _____,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **13-4986-06**<br><br>**Gulf Coast Collection Bureau Inc.**<br>**5630 Marquesa Circle**<br>**Sarasota, FL 34233-3331** | - | | | **11/1/06**<br>**insurance claim of Auto Owners for property damage to T&D Heating & Cooling** | | | | **2,084.26** |
| Account No.<br><br>**Representing:**<br>**Gulf Coast Collection Bureau Inc.** | | | | **Auto Owners ELGIN**<br>**600 Tollgate RD STE D**<br>**Elgin, IL 60123** | | | | |
| Account No.<br><br>**Representing:**<br>**Gulf Coast Collection Bureau Inc.** | | | | **IL Dept of Transportation**<br>**Accident Records Office**<br>**3215 Executive Park DR**<br>**Springfield, IL 62766** | | | | |
| Account No.<br><br>**Representing:**<br>**Gulf Coast Collection Bureau Inc.** | | | | **IL Secretary of ST DMV**<br>**Division of Financial Responsibilit**<br>**2701 S Dirksen PKWY**<br>**Springfield, IL 62723** | | | | |
| Account No.<br><br>**Representing:**<br>**Gulf Coast Collection Bureau Inc.** | | | | **T&D Heating & Cooling**<br>**304 S 9th ST**<br>**Oregon, IL 61061** | | | | |

Sheet no. __**12**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,084.26**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Susan Denise Aunspaugh**
_____,      Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **11201**<br><br>**Kewaunee CO DEPT Human SERV**<br>**522 Fourth ST**<br>**Algoma, WI 54201** | - | | **12/20/05**<br>**past due health care** | | | | 157.00 |
| Account No. **1264.00**<br><br>**Kewaunee Water & Sewer Utility**<br>**Pob 256**<br>**Kewaunee, WI 54216-0256** | - | | **9/12/05 thru 12/13/05**<br>**water and sewer for 1309 Dodge ST** | | | | 89.80 |
| Account No. **31-241 GL 19 9-4**<br><br>**Kewaunee, City of**<br>**401 5th ST**<br>**Kewaunee, WI 54216** | - | | **6/7/05**<br>**Green Mountain Maple** | | | | 97.50 |
| Account No. **34720637752**<br><br>**Kohls**<br>**P. O. Box 2983**<br>**Milwaukee, WI 53201-2983** | - | | **10/14/05**<br>**Credit card purchases assigned to JCC Christensen** | | | | 622.02 |
| Account No.<br><br>Representing:<br>**Kohls** | | | **FMS INC**<br>**4915 S Union AVE**<br>**Tulsa, OK 74107** | | | | |

Sheet no. __**13**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **966.32**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Susan Denise Aunspaugh**                                                    ,    Case No. _____
                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Representing:** <br>**Kohls** | | | **J.C. Christensen & ASSOC INC** <br>**P. O. Box 519** <br>**Sauk Rapids, MN 56379-0519** | | | | |
| Account No. <br><br>**Representing:** <br>**Kohls** | | | **Kohl's** <br>**Pob 3004** <br>**Milwaukee, WI 53201-3004** | | | | |
| Account No. <br><br>**Representing:** <br>**Kohls** | | | **Kohls** <br>**P. O. Box 2983** <br>**Milwaukee, WI 53201-2983** | | | | |
| Account No. <br><br>**Representing:** <br>**Kohls** | | | **Kohls** <br>**N56 W 17000 Ridge** <br>**Menomonee Falls, WI 53051** | | | | |
| Account No. <br><br>**Representing:** <br>**Kohls** | | | **Merchants and Medical Credit Corp** <br>**6324 Taylor DR** <br>**Flint, MI 48507-4685** | | | | |

Sheet no. __14__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Susan Denise Aunspaugh**                                      ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. .....**00001**<br><br>**Marshal & Iisley Bank**<br>**ATTN: Bankruptcy**<br>**770 N Water ST**<br>**Milwaukee, WI 53202** | - | | | | **2/01**<br>**closed revolving account** | | | | **18,786.00** |
| Account No. **4264-2809-9940-2085**<br><br>**MBNA**<br>**P. O. Box 17054**<br>**Wilmington, DE 19884** | - | | | | **a long time ago**<br>**revolving credit purchases assigned to Omnium Worldwide INC and prosecuted by Adler & ASSOC. assigned to P. Scott Lowery, PC and transferred to CACH LLC** | | | | **9,376.26** |
| Account No.<br><br>Representing:<br>**MBNA** | | | | | **Adler and ASSOC LTD**<br>**25 E Washington ST #500**<br>**Chicago, IL 60602** | | | | |
| Account No.<br><br>Representing:<br>**MBNA** | | | | | **Briesemeister, Law Office of Wilfre**<br>**5050 Palo Verde STE 113**<br>**Montclair, CA 91763** | | | | |
| Account No.<br><br>Representing:<br>**MBNA** | | | | | **Omnium Worldwide INC**<br>**7171 Mercy RD**<br>**Omaha, NE 68106** | | | | |

Sheet no. __**15**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **28,162.26**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Susan Denise Aunspaugh**                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Representing:**<br>**MBNA** | | | **Omnium Worldwide INC<br>Pob 956842<br>Saint Louis, MO 63195** | | | | |
| Account No.<br>**Representing:**<br>**MBNA** | | | **P. Scott Lowery, PC<br>4500 Cherry Creek DR S STE 700<br>Denver, CO 80246** | | | | |
| Account No.<br>**Representing:**<br>**MBNA** | | | **Philips & Cohen ASSOC LTD<br>258 Chapman RD STE 205<br>Newark, DE 19702** | | | | |
| Account No.<br>**Representing:**<br>**MBNA** | | | **Phillips & Cohen Associates LTD<br>695 Rancocas RD<br>Mount Holly, NJ 08060** | | | | |
| Account No. **633&632**<br><br>**Money Centers of AMER<br>Pob 360<br>Gresham, WI 54128** | - | | **12/16/05<br>bank charges for NSF checks** | | | | 105.00 |

Sheet no. __16__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

105.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Susan Denise Aunspaugh**                                              ,       Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **NO-NGF05052000938 Type NGF**  <br><br>**North Shore Agency**<br>**NO-NGF05052000938 Type NGF**<br>**751 Summa AVE**<br>**Westbury, NY 11590-5010** | - | | **10/13/05**<br>**mail order merchandise** | | | | **70.15** |
| Account No.  <br><br>**Representing:**<br>**North Shore Agency** | | | **North Shore Agency**<br>**P. O. Box 8901**<br>**Westbury, NY 11590-8901** | | | | |
| Account No. **...4532**  <br><br>**Palisades Collection**<br>**ATTN:  Bankruptcy DEPT**<br>**PO Box 10018**<br>**Kennesaw, GA 30156** | - | | **10/28/08**<br>**agent for MED1 02 Great Lakes Pathologists SC** | | | | **98.00** |
| Account No.  <br><br>**Representing:**<br>**Palisades Collection** | | | **Great Lakes Pathologists SC**<br>**8901 W Lincoln AVE**<br>**Milwaukee, WI 53227** | | | | |
| Account No.  <br><br>**Representing:**<br>**Palisades Collection** | | | **oac**<br>**c/o Great Lakes Pathologists SC**<br>**PO Box 371100**<br>**Milwaukee, WI 53237** | | | | |

Sheet no. __**17**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**168.15**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Susan Denise Aunspaugh**                                                     ,          Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **15609**<br><br>**Paplham Auto**<br>**N2315 ST. HWY 42**<br>**Kewaunee, WI 54216** | - | | | | **3/28/05**<br>**carrying charges for nsf check** | | | | 25.00 |
| Account No. **06 CV 17**<br><br>**Resurgence Financial LLC**<br>**4100 Commercial AVE**<br>**Northbrook, IL 60062** | - | | | | **judgment 3/21/06**<br>**revolving account** | | | | 14,049.00 |
| Account No.<br><br>Representing:<br>**Resurgence Financial LLC** | | | | | **Kewaunee Circuit Court Clerk**<br>**2006CV000017**<br>**613 Dodge ST**<br>**Kewaunee, WI 54216-1398** | | | | |
| Account No. **7714100225598127**<br><br>**Resurgence Financial LLC**<br>**4100 Commercial AVE**<br>**Northbrook, IL 60062** | - | | | | **2006**<br>**assignee of GE Capital prosecuted by Northland Group** | | | | 624.57 |
| Account No.<br><br>Representing:<br>**Resurgence Financial LLC** | | | | | **Northland Group INC**<br>**P. O. Box 390846**<br>**Minneapolis, MN 55439-0846** | | | | |

Sheet no. __**18**__ of __**25**__ sheets attached to Schedule of                                          Subtotal                 14,698.57
Creditors Holding Unsecured Nonpriority Claims                                            (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Susan Denise Aunspaugh** _____,   Case No. _____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **771 4 10 0225598127**<br><br>**Sam's Club**<br>**P. O. Box 981064**<br>**El Paso, TX 79998-1064** | - | | **03/05**<br>**revolving credit purchases assigned to Asset Acceptance** | | | | **624.57** |
| Account No.<br><br>**Representing:**<br>**Sam's Club** | | | **Asset Acceptance**<br>**PO Box 2036**<br>**Warren, MI 48090** | | | | |
| Account No.<br><br>**Representing:**<br>**Sam's Club** | | | **GE Capital**<br>**PO Box 103101**<br>**Roswell, GA 30076** | | | | |
| Account No.<br><br>**Representing:**<br>**Sam's Club** | | | **GE Money Bank**<br>**PO Box 9769**<br>**Macon, GA 31297-9769** | | | | |
| Account No. **8916770**<br><br>**SBC**<br>**P. O. Box 5072**<br>**Saginaw, MI 48605-5072** | - | | **10/19/05**<br>**past due public utilities assigned to AlliedInterstate for collection assigned to NCO Financial** | | | | **501.48** |

Sheet no. __19__ of __25__ sheets attached to Schedule of        Subtotal        **1,126.05**
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Susan Denise Aunspaugh**                                                    ,          Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**SBC** | | | **Allied Interstate**<br>**3000 Corporate Exchange DR 5th FL**<br>**Columbus, OH 43231** | | | | |
| Account No.<br><br>**Representing:**<br>**SBC** | | | **Allied Interstate**<br>**Pob 1954**<br>**Southgate, MI 48195-0954** | | | | |
| Account No.<br><br>**Representing:**<br>**SBC** | | | **Assetcare, Inc.**<br>**5100 Peachtree Industrial BLVD**<br>**Norcross, GA 30071** | | | | |
| Account No.<br><br>**Representing:**<br>**SBC** | | | **CBCS**<br>**PO Box 69**<br>**Columbus, OH 43216** | | | | |
| Account No.<br><br>**Representing:**<br>**SBC** | | | **First Revenue Assurance**<br>**PO Box 5818**<br>**Denver, CO 80217** | | | | |

Sheet no. __20__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Susan Denise Aunspaugh**                                      ,        Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Representing: SBC** | | | **Leading Edge Recovery Solutions LLC 5440 N Cumberland AVE STE 300 Chicago, IL 60656-1490** | | | | |
| Account No. **Representing: SBC** | | | **NCO Financial Systems c/o SBC Account #....1662 507 Prudential RD Horsham, PA 19044** | | | | |
| Account No. **5121-0718-2879-2501** **Sears Card P. O. Box 6924 The Lakes, NV 88901-6924** | - | | **3/25/05 revolving credit purchases assigned to MRS Associates INC assigned to LVNV Funding** | | | | 3,570.40 |
| Account No. **Representing: Sears Card** | | | **Academy Collecton Service Inc 10965 Decatur RD Philadelphia, PA 19154-3210** | | | | |
| Account No. **Representing: Sears Card** | | | **Capital MANAGE SERV INC 726 Exchange ST STE 700 Buffalo, NY 14210** | | | | |
| Sheet no. __21__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 3,570.40 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Susan Denise Aunspaugh** ,  Case No. _____
_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Sears Card** | | | | **LVNV Funding LLC Collection**<br>**ATTN:  Bankruptcy DEPT**<br>**PO BOx 10587**<br>**Greenville, SC 29603** | | | | |
| Account No.<br><br>**Representing:**<br>**Sears Card** | | | | **M.R.S. Associates INC**<br>**2222 W Rose Garden LN STE 101**<br>**Phoenix, AZ 85027** | | | | |
| Account No.<br><br>**Representing:**<br>**Sears Card** | | | | **M.R.S. Associates INC**<br>**3 Executive Campus STE 400**<br>**Cherry Hill, NJ 08002-4103** | | | | |
| Account No.<br><br>**Representing:**<br>**Sears Card** | | | | **National Action Financial SER INC**<br>**165 Lawrence Bell DR STE 100**<br>**P. O. Box 9027**<br>**Buffalo, NY 14231-9027** | | | | |
| Account No.<br><br>**Representing:**<br>**Sears Card** | | | | **Nelson, Watson and Associates**<br>**80 Merrimack**<br>**Haverhill, MA 01830** | | | | |

Sheet no. __22__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Susan Denise Aunspaugh**                                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Representing:** <br>**Sears Card** | | | **Weltman Weinberg & Reis Co LPA** <br>**PO Box 93596** <br>**Cleveland, OH 44101-5596** | | | | |
| Account No. <br><br>**Representing:** <br>**Sears Card** | | | **Weltman, Weinberg & Reis CO., LPA** <br>**175 S 3rd ST STE 900** <br>**Columbus, OH 43215** | | | | |
| Account No. ......**2879** <br><br>**Sears Card Citibank** <br>**PO Box 20363** <br>**Kansas City, MO 64195** | - | | **thru 5/27/06** <br>**revolving credit purchases** | | | | 4,706.00 |
| Account No. **63-98702-51** <br><br>**Sentry Insurance** <br>**PO Box 8023** <br>**Stevens Point, WI 54481** | - | | **4/24/06** <br>**insurance premiums** | | | | 50.00 |
| Account No. **06052280643374** <br><br>**TRS Recovery Services INC** <br>**c/o Give-n-go#06052280643374** <br>**5251 Westheimer** <br>**Houston, TX 77056** | - | | **8/26/05** <br>**professional debt collector** | | | | 65.56 |

Sheet no. __23__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,821.56

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Susan Denise Aunspaugh** _____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> Representing: <br> **TRS Recovery Services INC** | | | | **TRS Recovery Services INC** <br> **Pob 60012** <br> **City Of Industry, CA 91716-0012** | | | | |
| Account No. ....**2553** <br><br> **Unifund** <br> **ATTN:  Bankruptcy** <br> **10625 Techwood Circle** <br> **Cincinnati, OH 45242** | | - | | **since 10/06** <br> **assignee of Wachovia National prosecuted by Blitt & Gaines** | | | | **4,559.00** |
| Account No. <br><br> Representing: <br> **Unifund** | | | | **Amcore Bank NA** <br> **P. O. Box 1537** <br> **Rockford, IL 61110-0037** | | | | |
| Account No. <br><br> Representing: <br> **Unifund** | | | | **Blitt and Gaines PC** <br> **661 Glenn AVE** <br> **Wheeling, IL 60090-6017** | | | | |
| Account No. <br><br> Representing: <br> **Unifund** | | | | **Lee County Circuit Clerk** <br> **Case No. 2009 SC 174** <br> **309 S Galena AVE** <br> **Dixon, IL 61021** | | | | |

Sheet no. __**24**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,559.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Susan Denise Aunspaugh**                                              ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Representing:**<br>**Unifund** | | | | **Lee County Circuit Clerk**<br>**Case No. 2008 SC 170**<br>**309 S Galena AVE**<br>**Dixon, IL 61021** | | | | |
| Account No.<br><br>**Representing:**<br>**Unifund** | | | | **Valentine & Kebartas INC**<br>**P. O. Box 325**<br>**Lawrence, MA 01842** | | | | |
| Account No. **0406324601-00001**<br><br>**Wisconsin Public Service CORP**<br>**Pob 19003**<br>**Green Bay, WI 54307-9003** | - | | | **2/3/06**<br>**past due proprietary services for lights & heat** | | | | **819.59** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __**25**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **819.59** |
| Total<br>(Report on Summary of Schedules) | **174,533.28** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

.

In re   **Susan Denise Aunspaugh**                                                          ,   Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **P.C.J. Enterprises**<br>**c/o Dixon Dells APT**<br>**607 N Galena AVE**<br>**Dixon, IL 61021** | **debtor leases apt. #E at 607 N Galena AVE for $425.00/mo. that debtor agrees to assume and pay** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                     Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re **Susan Denise Aunspaugh** ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re __Susan Denise Aunspaugh_____    Case No. _____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
| --- | --- | --- |
| **Divorced** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
| --- | --- | --- |
| Occupation | **factory @ $13.27/F.T.** | |
| Name of Employer | **BorgWarner** | |
| How long employed | **1/15/07** | |
| Address of Employer | **Dixon, IL 61021** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
| --- | --- | --- | --- | --- |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 2,300.13 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| | | | | |
| 3. SUBTOTAL | $ | 2,300.13 | $ | N/A |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 476.45 | $ | N/A |
|    b. Insurance | $ | 26.00 | $ | N/A |
|    c. Union dues | $ | 0.00 | $ | N/A |
|    d. Other (Specify): __401(k)__ | $ | 70.03 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 572.48 | $ | N/A |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,727.65 | $ | N/A |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance | | | | |
| (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income | | | | |
| (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 1,727.65 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 1,727.65 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **debtor will be terminated at Borg Warner effective September, '09**

B6J (Official Form 6J) (12/07)

In re  **Susan Denise Aunspaugh**                                          Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 425.00 |
|    a. Are real estate taxes included?          Yes ____          No  **X**__ | | |
|    b. Is property insurance included?          Yes ____          No  **X**__ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 100.00 |
|             b. Water and sewer | $ | 20.00 |
|             c. Telephone | $ | 0.00 |
|             d. Other  **internet provider & telephone** | $ | 90.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 300.00 |
| 5. Clothing | $ | 35.00 |
| 6. Laundry and dry cleaning | $ | 40.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|             a. Homeowner's or renter's | $ | 0.00 |
|             b. Life | $ | 0.00 |
|             c. Health | $ | 0.00 |
|             d. Auto | $ | 100.00 |
|             e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|             a. Auto | $ | 0.00 |
|             b. Other | $ | 0.00 |
|             c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 75.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **hair cuts, toiletries, paper, disposables & beauty shop** | $ | 100.00 |
|     Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 1,485.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **debtor intends to move when her employment is terminated in September and her expenses will change**

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 1,727.65 |
| b. | Average monthly expenses from Line 18 above | $ | 1,485.00 |
| c. | Monthly net income (a. minus b.) | $ | 242.65 |

8/22/09 1:29PM

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Susan Denise Aunspaugh**

Debtor(s)

Case No. _____

Chapter   **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **40** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 22, 2009**

Signature  **/s/ Susan Denise Aunspaugh**

**Susan Denise Aunspaugh**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Susan Denise Aunspaugh**                                    Case No.
                                            Debtor(s)        Chapter   **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,645.84** | **2009 YTD: Debtor BorgWarner** |
| **$75.00** | **2008: Debtor BorgWarner** |
| **$26,891.32** | **2008: Debtor BorgWarner** |
| **$28,656.45** | **2007: Debtor BorgWarner** |
| **$1,226.00** | **2007: Debtor Burton Placement Services** |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$5,318.04** | **2009: Debtor approx. TTD worker's compensation benefit thru April, '09** |
| **$7,104.00** | **2009: Debtor approx. unemployment compensation benefit thru 8/3/09** |
| **$3,352.00** | **2008: Debtor Unemployment** |
| **$147.00** | **2007: Debtor excessive income tax withholdings Wisconsin** |
| **$2,990.00** | **2007: Debtor Child Support of $229. every other week thru June, '07** |

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Dixon Dell APTS**<br>**607 N Galena AVE**<br>**Dixon, IL 61021** | **2/12/06 rent & security** | **$830.00** | **$4,565.00** |

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None  ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **In re:  Revon Dewayne Aunspaugh JR 3 children Case No. 96-04090** | **family matter** | **In the District Court of the 345th Judicial District, Travis County, Texas** | **ongoing support order enterd 7/24/03** |
| **Resurgence Financial LLC v debtor #06 CV 17** | **collection** | **Circuit Court for Kewaunee County, Wisconsin** | **summons issued 1/26/06 having a return date of 45 da.** |
| **ABN AMRO Mortgage Group INC v debtor et al #2005 CV 000110** | **home mortgage foreclosure** | **Kewaunee County, Wisconsin** | **filed 7/14/05 home surrendered 2/12/06** |
| **Unifund CCR Partners v Debtor; Case No. 2008 SC 170** | **civil** | **15th Judicial Circuit, Dixon, Lee County, Illinois 61021** | **judgment entered 4/24/08** |
| **Unifund CCR Partners v debtor; Case No. 2008 SC 174** | **civil** | **15th Judicial Circuit, Dixon, Lee County, Illinois 61021** | **judgment 4/24/08** |
| **Cach LLC v debtor File #FA0610000812810** | **arbitration** | **Arbitration Forum; PO Box 50191, Minneapolis, MN 55405** | **unknown** |

None  ☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **ABN AMRO Mortgage Group INC 7159 N Corklan DR Jacksonville, FL 32258** | **2/12/06** | **debtor's home, 1309 Dodge ST, Kewaunee WI 54216 having an estimated market value as determined by the state of Wisconsin of $86,300.00** |

**5. Repossessions, foreclosures and returns**

None  ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **ABN AMRO Mortgage INC 7159 N Corklan DR Jacksonville, FL 32258** | **7/14/05** | **debtor's home, 1309 Dodge ST, Kewaunee WI 54216 having an estimated market value as determined by the state of Wisconsin of $86,300.00** |

4

**6.  Assignments and receiverships**

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **$7,500.00** | **losses from games of chance  lost in bi-weekly increments** | **various bi-weekly occurrences** |
| **debtor's car having an estimated market value of $5,000.00** | **7/9/07 serious unreimbursed property damage to front end of car not covered by insurance when son bumped into something and caused $3,850 in damage to T&D Heating & Cooling's Econoline van as well as the damage to the car** | **7/9/07** |

**9.  Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **debt counselors** | **2/06** | **$50.00** |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Conrad Knuth Po Box 406 Ohio, IL 61349-0406** | **3/16/06** | **$350.00** |
| **CINLegal.com** | **3/16/06** | **$30.00** |
| **Conrad Knuth P.O. Box 406 Ohio, IL 61349-0406** | **8/13/09** | **$350.00 toward balance of fees, updated credit report, and costs** |

### 10. Other transfers

None
☐  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Bobby Poplun Kewaunee, WI    none** | **2/12/06** | **debtor sold appliances for $50.00** |

None
■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1309 Dodge ST; Kewaunee, WI** | **Susan Aunspaugh** | **2/20/03--2/12/06** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

### 18 . Nature, location and name of business

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

8

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
|---|---|
| DATE OF INVENTORY | RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
|---|---|---|
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8/22/09 1:29PM

9

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                TAXPAYER IDENTIFICATION NUMBER (EIN)

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

10

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **August 22, 2009**                    Signature   **/s/ Susan Denise Aunspaugh**
                                                          **Susan Denise Aunspaugh**
                                                          Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Susan Denise Aunspaugh**                         Case No. _____

                                         Debtor(s)         Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |
| Property will be (check one):<br>  ☐ Surrendered              ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>  ☐ Redeem the property<br>  ☐ Reaffirm the debt<br>  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>  ☐ Claimed as Exempt                 ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **August 22, 2009**_____      Signature   **/s/ Susan Denise Aunspaugh**_____

                                                     **Susan Denise Aunspaugh**

                                                     Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Susan Denise Aunspaugh** _____   Case No. _____

_____ Debtor(s)   Chapter   **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept................................................................ $ _____**401.00**

    Prior to the filing of this statement I have received........................................... $ _____**401.00**

    Balance Due............................................................................................................. $ _____**0.00**

2. $ _____**299.00**_____ of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 22, 2009** _____        **/s/ Conrad Knuth** _____
                                                        **Conrad Knuth**
                                                        **Conrad Knuth**
                                                        **P.O. Box 406**
                                                        **Ohio, IL 61349-0406**
                                                        **(815) 376 4082**

---

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in

B 201 (12/08)                                                                                                                      Page 2

installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

　　　　2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

　　　　3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

　　　　Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

　　　　Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

　　　　A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney
　　　　I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| **Conrad Knuth** | X  **/s/ Conrad Knuth** | **August 22, 2009** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**P.O. Box 406
Ohio, IL 61349-0406
(815) 376 4082**

### Certificate of Debtor
　　　　I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Susan Denise Aunspaugh** | X  **/s/ Susan Denise Aunspaugh** | **August 22, 2009** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X | |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Susan Denise Aunspaugh**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    **123**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **August 22, 2009**

**/s/ Susan Denise Aunspaugh**
**Susan Denise Aunspaugh**
Signature of Debtor

AAA Collectors Inc.
2950 N Academy BLVD STE 101
Colorado Springs, CO 80917


ABN AMRO Mortgage
7159 Corklan DR
Jacksonville, FL 32258-4455


Academy Collecton Service Inc
10965 Decatur RD
Philadelphia, PA 19154-3210


Adler and ASSOC LTD
25 E Washington ST #500
Chicago, IL 60602


AFNI
404 Brock DR
P. O. Box 3427
Bloomington, IL 61702-3427


AFNI
011710145-02
P. O. Box 3427
Bloomington, IL 61702-3427


Allied Interstate
3000 Corporate Exchange DR 5th FL
Columbus, OH 43231


Allied Interstate
Pob 1954
Southgate, MI 48195-0954


Allied Interstate Inc
3000 Corporate Exchange DR 5th FL
Columbus, OH 43231


Amcore Bank NA
P. O. Box 1537
Rockford, IL 61110-0037

Americollect INC
c/o PigglyWiggly 7413991-591
Pob 1566
Manitowoc, WI 54221-1566


Arthur B. Adler & ASSOC LTD
25 E Washington ST STE 500
Chicago, IL 60602-1702


Asset Acceptance
PO Box 2036
Warren, MI 48090


Assetcare, Inc.
5100 Peachtree Industrial BLVD
Norcross, GA 30071


Associated Recovery Systems
P. O. Box 469046
Escondido, CA 92046-9046


AT&T Broadband
P. O. Box 580
Rock Falls, IL 61071-0580


AT&T Wireless
1355 W University DR
Mesa, AZ 85201-5400


Auto Owners ELGIN
600 Tollgate RD STE D
Elgin, IL 60123


Bank of America
P. O. Box 1597
Norfolk, VA 23501


Bank of America
ATTN: Bankruptcy NC4-105-02-77
PO Box 26012
Greensboro, NC 27410


Bennett & Deloney PC
1265 E Fort Union BLVD STE 150
Midvale, UT 84047-1808

Bennett & Deloney PC
PO Box 190
Midvale, UT 84047-0190


Benz, Susan
E6248 Washington RD
Algoma, WI 54201


Best Buy CO., INC
P. O. Box 17298
Baltimore, MD 21297


Blitt and Gaines PC
661 Glenn AVE
Wheeling, IL 60090-6017


Boivin, law office of Lawrence R
25602 Alicia Parkway #126
Laguna Hills, CA 92653


Briesemeister, Law Office of Wilfre
5050 Palo Verde STE 113
Montclair, CA 91763


CACH, LLC c/o Scott Lowery PC
Cherry Creek Corporate CTR STE 700
4500 Cherry Creek DR S
Denver, CO 80246


Capital MANAGE SERV INC
726 Exchange ST STE 700
Buffalo, NY 14210


Capital Recovery Service LLC
P. O. Box 8700
Jacksonville, FL 32239-0700


CBCS
PO Box 69
Columbus, OH 43216


Certigy
Pob 30031
Tampa, FL 33630-3031

Certigy Payment Recovery SERV INC
11601 Roosevelt BLVD
Saint Petersburg, FL 33716


Chase
P. O. Box 15298
Wilmington, DE 19850-5298


Chase Manhattan Bank
P. O. Box 15823
Wilmington, DE 19850-5823


Chase NA
ATTN: Bankruptcy DEPT
P. O. Box 100018
Kennesaw, GA 30156


Chase NA
ATTN: Bankruptcy DEPT
PO Box 100018
Kennesaw, GA 30156


Check Recovery Services INC
c/o Festival Foods 566361003
Pob 661068
Amf Ohare, IL 60666-1068


Check Recovery Services INC
Pob 66178
Amf Ohare, IL 60666-0178


Citibank
Pob 91778
Albuquerque, NM 87199-1778


Citibank
Box 6000
The Lakes, NV 88901-6000


Client Services INC
3451 Harry S. Truman BLVD
Saint Charles, MO 63301-4047

Copps Food Center
PO Box 1602
Milwaukee, WI 53201-1602


Credit Collection Services
P. O. Box 9134
Needham Heights, MA 02494-9134


Credit Management INC
9525 Sweet Valley DR
Cleveland, OH 44125


Credit Management SERV-3840
Pob 931
Brookfield, WI 53008


Credit Protection ASSN LP
c/o Charter Communications
13355 Noel RD 21st FL
Dallas, TX 75240-6602


Credit Protection ASSOC
Account #01128076089
Pob 9037
Addison, TX 75001-9037


FedChex Recovery
PO Box 18978
Irvine, CA 92623


Festival Foods-GreenBay
2250 W Mason ST
Green Bay, WI 54303


First Revenue Assurance
PO Box 5818
Denver, CO 80217


First USA Bank
P. O. Box 8650
Wilmington, DE 19889


FMS INC
4915 S Union AVE
Tulsa, OK 74107

```
GE Capital
P. O. Box 103101
Roswell, GA 30076


GE Capital
PO Box 103101
Roswell, GA 30076


GE Money
PO Box 9769
Macon, GA 31297-9769


GE Money Bank
PO Box 9769
Macon, GA 31297-9769


GE Money Card
P. O. Box 981064
El Paso, TX 79998-1064


Global Payments
ATTN: Bankruptcy
PO Box 661158
Chicago, IL 60666


Gray & End, LLP
600 N Broadway STE 300
Milwaukee, WI 53202


Great Lakes Pathologists SC
8901 W Lincoln AVE
Milwaukee, WI 53227


Gulf Coast Collection Bureau Inc.
5630 Marquesa Circle
Sarasota, FL 34233-3331


IL Dept of Transportation
Accident Records Office
3215 Executive Park DR
Springfield, IL 62766
```

IL Secretary of ST DMV
Division of Financial Responsibilit
2701 S Dirksen PKWY
Springfield, IL 62723


J.C. Christensen & ASSOC INC
P. O. Box 519
Sauk Rapids, MN 56379-0519


Kewaunee Circuit Court Clerk
Case No. 05 CV 110
613 Dodge ST
Kewaunee, WI 54216-1398


Kewaunee Circuit Court Clerk
2006CV000017
613 Dodge ST
Kewaunee, WI 54216-1398


Kewaunee CO DEPT Human SERV
522 Fourth ST
Algoma, WI 54201


Kewaunee Water & Sewer Utility
Pob 256
Kewaunee, WI 54216-0256


Kewaunee, City of
401 5th ST
Kewaunee, WI 54216


Kohl's
Pob 3004
Milwaukee, WI 53201-3004


Kohls
P. O. Box 2983
Milwaukee, WI 53201-2983


Kohls
N56 W 17000 Ridge
Menomonee Falls, WI 53051

LDG Financial Services LLC
2W1700087700000040863221
4553 Winters Chapel RD
Atlanta, GA 30360


Leading Edge Recovery Solutions LLC
5440 N Cumberland AVE STE 300
Chicago, IL 60656-1490


Lee County Circuit Clerk
Case No. 2009 SC 174
309 S Galena AVE
Dixon, IL 61021


Lee County Circuit Clerk
Case No. 2008 SC 170
309 S Galena AVE
Dixon, IL 61021


LVNV Funding LLC Collection
ATTN: Bankruptcy DEPT
PO BOx 10587
Greenville, SC 29603


M&I Marshall and Iisley Bank
770 N Water ST
Milwaukee, WI 53202


M.R.S. Associates INC
2222 W Rose Garden LN STE 101
Phoenix, AZ 85027


M.R.S. Associates INC
3 Executive Campus STE 400
Cherry Hill, NJ 08002-4103


Marshal & Iisley Bank
ATTN: Bankruptcy
770 N Water ST
Milwaukee, WI 53202


MBNA
P. O. Box 17054
Wilmington, DE 19884

Merchants and Medical Credit Corp
6324 Taylor DR
Flint, MI 48507-4685


Money Centers of AMER
Pob 360
Gresham, WI 54128


National Action Financial SER INC
165 Lawrence Bell DR STE 100
P. O. Box 9027
Buffalo, NY 14231-9027


NCC Business Services INC
c/o GE Money Bank
3733 University BLVD STE 300
Jacksonville, FL 32217


NCO Financial
Account 7I6881
507 Prudential RD
Horsham, PA 19044


NCO Financial
Account CE 3600
507 Prudential RD
Horsham, PA 19044


NCO Financial Systems
c/o SBC Account #....1662
507 Prudential RD
Horsham, PA 19044


Nelson, Watson and Associates
80 Merrimack
Haverhill, MA 01830


North Shore Agency
NO-NGF05052000938 Type NGF
751 Summa AVE
Westbury, NY 11590-5010


North Shore Agency
P. O. Box 8901
Westbury, NY 11590-8901

Northland Group INC
P. O. Box 390846
Minneapolis, MN 55439-0846


oac
c/o Great Lakes Pathologists SC
PO Box 371100
Milwaukee, WI 53237


Omnium Worldwide INC
7171 Mercy RD
Omaha, NE 68106


Omnium Worldwide INC
Pob 956842
Saint Louis, MO 63195


P. Scott Lowery, PC
4500 Cherry Creek DR S STE 700
Denver, CO 80246


Palisades Collection
ATTN: Bankruptcy DEPT
PO Box 10018
Kennesaw, GA 30156


Palisades Collection
PO Box 1244
Englewood Cliffs, NJ 07632


Palisades Collection
ATTN: Bankruptcy DEPT
P. O. Box 120018
Kennesaw, GA 30156


Paplham Auto
N2315 ST. HWY 42
Kewaunee, WI 54216


Philips & Cohen ASSOC LTD
258 Chapman RD STE 205
Newark, DE 19702

Phillips & Cohen Associates LTD
695 Rancocas RD
Mount Holly, NJ 08060


Resurgence Financial LLC
4100 Commercial AVE
Northbrook, IL 60062


Revon Aunspaugh
1312 Orlando RD
Austin, TX 78733


Riley, Michael M.
600 N Broadway STE #300
Milwaukee, WI 53202


Risk Management Alternatives INC
11214 Renner RD
Lenexa, KS 66219


RMA
Pob 105062
Atlanta, GA 30348-5062


Sam's Club
P. O. Box 981064
El Paso, TX 79998-1064


SBC
P. O. Box 5072
Saginaw, MI 48605-5072


Sears Card
P. O. Box 6924
The Lakes, NV 88901-6924


Sears Card Citibank
PO Box 20363
Kansas City, MO 64195


Sentry Insurance
PO Box 8023
Stevens Point, WI 54481

T&D Heating & Cooling
304 S 9th ST
Oregon, IL 61061


Transworld Systems
5880 Commerce BLVD
Rohnert Park, CA 94928-1651


TRS Recovery Services INC
c/o Give-n-go#06052280643374
5251 Westheimer
Houston, TX 77056


TRS Recovery Services INC
Pob 60012
City Of Industry, CA 91716-0012


Unifund
ATTN: Bankruptcy
10625 Techwood Circle
Cincinnati, OH 45242


Valentine & Kebartas INC
P. O. Box 325
Lawrence, MA 01842


Weltman Weinberg & Reis Co LPA
PO Box 93596
Cleveland, OH 44101-5596


Weltman, Weinberg & Reis CO., LPA
175 S 3rd ST STE 900
Columbus, OH 43215


Wisconsin Public Service CORP
Pob 19003
Green Bay, WI 54307-9003